# EXHIBIT B

**ROBERT H. SICKLES / AHS REALTY LLC**

*Liquidation Analysis*

|   | | Liquidation Analysis |
|---|---|---:|
|   | | **Chapter 7 Liquidation** |
|   | **Sources of proceeds** | |
|   | Cash and cash equivalents | – |
| 1 | Sale Proceeds - Land/Building | $7,990,000 |
|   | **Proceeds Available for Admin/Priority; Secured; and GUC** | **$7,990,000** |
|   | **Administrative and priority claims** | |
|   | Debtor Professional Fees | $800,000 |
|   | Other unpaid admin & priority claims | $1,223,929 |
| 2 | Chapter 7 Trustee Fees and Expenses | $262,950 |
| 3 | Chapter 7 Counsel Fees | $26,295 |
| 4 | Broker Fees | $479,400 |
|   | **Total Administrative and Priority Disbursements** | **$2,792,574** |
|   | **Proceeds Available for Secured and GUC** | **$5,197,426** |
|   | **Secured Claims** | |
| 5 | Prepetition Secured Bank Debt | $6,000,000 |
|   | Prepetition Secured Loan | $650,000 |
|   | Other Secured Claims | – |
|   | **Total Secured Disbursements** | **$6,650,000** |
|   | **Proceeds Available for GUC** | **($1,452,574)** |
|   | **GUC Recovery** | |
|   | **General Unsecured Claims** | **$3,392,704** |
|   | Proceeds available for distribution | ($1,452,574) |
|   | *% recovery* | *0.00%* |

**Notes**

1. Land values based on March 2024 appraisals from Northfield Bank. Assumed Chapter 7 liquidation value on land of 85% on appraised amounts.
2. Fees calculated based on statutory Chapter 7 Trustee fee guidelines.
3. Assumed at 10% of cost for Chapter 7 Trustee Fees.
4. Broker Fees are estimated at 6% of Gross Sale Proceeds of Land/Building sales.
5. Estimate based on latest information available, actual amount subject to change.