| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **GENOVA BURNS LLC** |
| 110 Allen Road, Suite 304 |
| Basking Ridge, NJ  07920 |
| Phone: (973) 467-2700 |
| *Counsel to the Debtors* |
| **DANIEL M. STOLZ, ESQ.** |
| **JEFFREY R. RICH, ESQ.** |
| **DONALD W. CLARKE, ESQ.** |
| **JACLYNN N. McDONNELL, ESQ.** |
| *dstolz@genovaburns.com* |
| *jrich@genovaburns.com* |
| *dclarke@genovaburns.com* |
| *jmcdonnell@genovaburns.com* |

Chapter 11

In Re:

ROBERT H. SICKLES, et. al., [1]

Debtor-in-Possession.

Case No.: 24-14781-CMG

Hearing Date: January 28, 2025 at 10:00 a.m.

**ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS SEEKING TO DISALLOW, REDUCE AND EXPUNGE CERTAIN CLAIMS**

The relief set forth on the following pages, numbered two (2) through three (4), is hereby **ORDERED.**

---

[1] Robert H. Sickles' case is jointly administered with the case of AHS Realty LLC (24-14779)

Debtor:         Robert H. Sickles
Case No.:       24-14781-CMG
Caption of Order: ORDER Granting Debtors' First Omnibus Objection to Claims Pursuant to Seeking to Disallow, Reduce and Expunge Certain Claims.

Upon the First Omnibus Objection (the "Omnibus Objection") of the Debtors in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, disallowing, reducing, reclassifying and expunging each of the claims set forth on **Schedule 1, Schedule 2, Schedule 3, Schedule 4** and **Schedule 5** attached hereto; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Debtors, the estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Omnibus Objection is **GRANTED** as forth herein.

2. Each claim listed on **Schedule 1** to this Order is hereby disallowed and expunged in its entirety.

3. Each claim listed on **Schedule 2** to this Order is hereby reduced to the respective amounts listed in the "Modified Claim" column as set forth in **Schedule 2**.

4. Each claim listed on **Schedule 3** to this Order is hereby disallowed and expunged in its entirety.

5. Each claim listed on **Schedule 4** to this Order is hereby disallowed and expunged in its entirety.

2

| | |
|---|---|
| Debtor: | Robert H. Sickles |
| Case No.: | 24-14781-CMG |
| Caption of Order: | ORDER Granting Debtors' First Omnibus Objection to Claims Pursuant to Seeking to Disallow, Reduce and Expunge Certain Claims. |

6. Each claim listed on **Schedule 5** to this Order is hereby disallowed and expunged in its entirety.

7. The Debtors are authorized to take any and all action necessary or appropriate to give effect to this Order and the relief granted therein.

8. The Debtors, any successors thereto, and any other party in interest shall retain and shall have the right to object in the future to any of the Claims listed on **Schedule 1, Schedule 2, Schedule 3, Schedule 4** and **Schedule 5** on any additional grounds, and the Debtors shall retain and shall have the right to amend, modify and/or supplement the Omnibus Objection as may be necessary.

9. The Debtors' objection to each claim addressed in this Omnibus Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

10. This Order is without prejudice rights of the Debtors, the Debtors' estate, any successors thereto, and any other party in interest to object to any other claim filed in the Chapter 11 Case.

11. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of this Omnibus Objection or is otherwise waived.

12. The Court shall retain jurisdiction over the claimants whose claims are subject to this Omnibus Objection with respect to any matter arising from or related to the Omnibus

Debtor:          Robert H. Sickles
Case No.:        24-14781-CMG
Caption of Order: ORDER Granting Debtors' First Omnibus Objection to Claims Pursuant to Seeking to Disallow, Reduce and Expunge Certain Claims.

Objection or this Order, including the interpretation, enforcement and implementation of the Order.

13. Notwithstanding anything in the Federal Rules of Bankruptcy Procedure to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.