**SCHEDULE 1 – DUPLICATE CLAIMS**

| CLAIMANT | CLAIM # | CLAIM AMOUNT | OBJECTION | ACTION | SURVIVING CLAIM |
|---|---|---|---|---|---|
| Northfield Bank | AHS 4 | $5,166,694.96 | Duplicate of Surviving Claim | Disallow & Expunge AHS 4 | Sickles 19 |
| Farmlind Produce, LLC | AHS 6 | $277,087.53 | Duplicate of Surviving Claim | Disallow & Expunge AHS 6 | Sickles 24 |
| Four Seasons Produce, Inc. | AHS 7 | $112,717.90 | Duplicate of Surviving Claim | Disallow & Expunge AHS 7 | Sickles 25 |
| Richard Ortega | Sickles 21 | $200,000.00 | Duplicate of Surviving Claim | Disallow & Expunge Sickles 21 | Sickles 23<br>Objection to Surviving Claim filed simultaneously herein on grounds claim is overstated and must be reduced. |
| Elvira B. Luna | Sickles 33 | $0.00 | Duplicate of Surviving Claim | Disallow & Expunge Sickles 33 | Sickles 46<br>Objection to Surviving Claim filed simultaneously herein on grounds of No Liability. |
| Jose J. Soriano | Sickles 34 | $0.00 | Duplicate of Surviving Claim | Disallow & Expunge Sickles 34 | Sickles 45<br>Objection to Surviving Claim filed simultaneously herein on grounds claim is overstated and must be reduced. |