**SCHEDULE 2 – REDUCED CLAIMS**

| Claimant | Claim# | FILED CLAIM | | | OBJECTION | MODIFIED CLAIM | | | ACTION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Priority | Unsecured | Total | | Priority | Unsecured | Total | |
| Sean McMahon | Sickles 18 | | $29,850.30 | $29,850.30 | Overstated. Reduce to Debtors' records. | | $6,460.00 | $6,460.00 | Reduce to $6,460.00 general unsecured |
| Richard Ortega | Sickles 23 | $15,150.00 | $184,850.00 | $200,000.00 | Overstated. Reduce to Debtors' records. | $15,150.00 | $24,048.09 | $39,198.09 | Reduce to $24,048.09 general unsecured |
| Julie A Harmann | Sickles 26 | $64,590.75 | | $64,590.75 | Overstated, exceeds 507(a)(4) cap. Reduce to Debtors' records. | $7,000.00 | | $7,000.00 | Reduce to $7,000.00 priority |
| Kristian Bauman | Sickles 27 | | $56,250.00 | $56,250.00 | Overstated. Reduce to Debtors' records. | | $9,450.00 | $9,450.00 | Reduce to $9,450.00 general unsecured |
| Joseph Chabre | Sickles 28 | $14,832.02 | $28,523.12 | $43,355.14 | Overstated. Reduce to Debtors' records. | $7,486.00 | | $7,486.00 | Reduce to $7,486.00 priority |
| Stephen Lee | Sickles 36 | $4,288.24 | $21,178.51 | $25,466.75 | Overstated. Reduce to Debtors' records. | $3,279.75 | | $3,279.75 | Reduce to $3,279.75 priority |
| Natale Siclare | Sickles 39 | | $2,889.00 | $2,889.00 | Overstated. Reduce to Debtors' records. | | $2,484.00 | $2,484.00 | Reduce to $2,484.00 general unsecured |
| Lisa Amorelli | Sickles 40 | $13,425.00 | | $13,425.00 | Overstated, exceeds 507(a)(4) cap. Reduce to Debtors' records. | $2,752.10 | | $2,752.10 | Reduce to $2,752.10 priority |
| Kelsey B Forsyth | Sickles 43 | $19,786.56 | | $19,786.56 | Overstated, exceeds 507(a)(4) cap. Reduce to Debtors' records. | $6,582.52 | | $6,582.52 | Reduce to $6,582.52 priority |
| Jose J. Soriano | Sickles 45 | | $8,653.86 | $8,653.86 | Overstated. Reduce to Debtors' records. | | $6,057.64 | $6,057.64 | Reduce to $6,057.64 general unsecured |

**SCHEDULE 2 – REDUCED CLAIMS**

| Name | Claim | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| John W Irons | Sickles 49 | | $15,600.00 | $15,600.00 | Overstated. Reduce to Debtors' records. | | $3,280.00 | $3,280.00 | Reduce to $3,280.00 general unsecured |
| William Bauman | Sickles 50 | | $7,480.00 | $7,480.00 | Overstated. Reduce to Debtors' records. | | $2,533.00 | $2,533.00 | Reduce to $2,533.00 general unsecured |
| Daniel Z Myers | Sickles 51 | | $14,054.33 | $14,054.33 | Overstated. Reduce to Debtors' records. | | $4,602.64 | $4,602.64 | Reduce to $4,602.64 general unsecured |
| Stephen Bennett | Sickles 52 | $6,000.00 | $13,846.17 | $19,846.17 | Overstated. Reduce to Debtors' records. | $5,769.24 | | $5,769.24 | Reduce to $5,769.24 priority |
| Raechel Lebron | Sickles 55 | | $26,807.59 | $26,807.59 | Overstated. Reduce to Debtors' records. | | $6,100.78 | $6,100.78 | Reduce to $6,100.78 general unsecured |
| Namiko Laura | Sickles 56 | $7,445.00 | | $7,445.00 | Overstated. Reduce to Debtors' records. | $2,115.38 | | $2,115.38 | Reduce to $2,115.38 priority |

2