**SCHEDULE 3 – INSUFFICIENT DOCUMENTATION CLAIMS**

| CLAIMANT | CLAIM # | CLAIM AMOUNT | BASIS FOR OBJECTION | ACTION |
|---|---|---|---|---|
| Melissa Johnson | Sickles 38 | $2,516.79 | Claimant fails to provide sufficient documentation to support claim and enable Debtors to assess its validity. Debtors' schedules do not evidence any liability owed. | DISALLOW |
| Elizabeth A Dunzelman | Sickles 41 | $2,347.38 | Claimant fails to provide sufficient documentation to support claim and enable Debtors to assess its validity. | DISALLOW |
| Margo Mindnich | Sickles 48 | $5,384.62 | Claimant fails to provide sufficient documentation to support claim and enable Debtors to assess its validity. | DISALLOW |

1