**SCHEDULE 4 – LATE FILED CLAIMS**

| CLAIMANT | CLAIM # | FILING DATE | BAR DATE | CLAIM AMOUNT | OBJECTION | ACTION |
|---|---|---|---|---|---|---|
| Delaware Valley Wholesale Florist Inc. | Sickles 60 | 8/13/2024 | 7/18/2024 | $64,309.64 | Claim filed after Bar Date | DISALLOW |
| Ethan Kaye | Sickles 64 | 8/29/2024 | 7/19/2024 | $7,307.68 | Claim filed after Bar Date. Claimant provides no documentation in support of claim | DISALLOW |