**SCHEDULE 5 – NO LIABILITY CLAIMS**

| CLAIMANT | CLAIM # | CLAIM AMOUNT | OBJECTION | ACTION |
|---|---|---|---|---|
| Wells Fargo Bank, N.A | AHS 1 | $57,501.49 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. | DISALLOW |
| Wells Fargo Bank, N.A. | AHS 5 | $38,199.64 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. | DISALLOW |
| Bimbo Bakeries USA | AHS 8 | $34,816.48 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. | DISALLOW |
| Staples, Inc. | Sickles 1 | $12,640.31 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. | DISALLOW |
| Kube Pak Corp | Sickles 6 | $4,859.72 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. | DISALLOW |
| Gourmet Foods International | Sickles 17 | $13,569.59 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. | DISALLOW |
| Dawn Food Products Inc. | Sickles 32 | $3,225.55 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. | DISALLOW |
| Elvira B Luna | Sickles 46 | $3,500.00 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. | DISALLOW |
| Irene Gonzalez | Sickles 57 | $18,200.00 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. | DISALLOW |

**SCHEDULE 5 – NO LIABILITY CLAIMS**

| | | | | |
|---|---|---|---|---|
| Wenning and Sons | Sickles 63 | $19,435.00 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. Filed after Bar Date and therefore tardy. | DISALLOW |
| James M. Schuck | Sickles 65 | $13,900.00 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. Filed after Bar Date and therefore tardy. | DISALLOW |
| Donald Niles | Sickles 67 | $812.79 | Claim does not assert basis for which Debtor is liable and fails to provide sufficient documentation to support claim. Debtors' books and records do not reflect claimant as creditor. Filed after Bar Date and therefore tardy. | DISALLOW |