# Service List

Bimbo Bakeries USA
355 Business Center Drive
Horsham, PA 19044-3414


Daniel Z Myers
96 Seabreeze Ave
Middletown, NJ 07748-5768


Dawn Food Products Inc
3333 Sargent Rd.
Jackson, MI 49201-8847


Dawn Food Products, Inc.
30 Knox Drive
Piscataway, NJ 08854-4334


Dawn Food Products, Inc.
c/o A.G. Adjustments, Ltd.
Attn: Dawn Marie Doerr
740 Wal Whitman Road
Melville, NY 11747-2212


Delaware Valley Wholesale Florist Inc.
520 Mantua Blvd. N.
Sewell, NJ 08080-1096


Donald Niles
365 Prospect Ave.
Little Silver, NJ 07739-1326


Elizabeth A Dunzelman
23 Valentine Street
Monmouth Beach, NJ 07750-1416


Elvira B luna
14 Drummond Ave
Red Bank NJ 07701-1406

Ethan Kaye
18 Seagirt Ave
Oceanport, NJ 07757-1331

Farmlind Produce, LLC
c/o David W. Fassett, Esq.
560 Main St.
Chatham, NJ 07928-2119

Four Seasons Produce, Inc.
c/o David W. Fassett, Esq.
560 Main St.
Chatham, NJ 07928

Gourmet Foods International
38 Fairfield Place
West Caldwell, NJ 07006-6209

Irene Gonzalez
245 Atlantic Ave, Apt. 119
Long Branch, NJ 07740-7259

James M. Schuck
210 Aronimink Dr,
Newark, DE, 19711-3804

John W. Irons
549 Summer Street
Long Branch, NJ 07740-5517

Jose J Soriano
4 Drummond Ave
Red Bank, NJ 07701-1406

Joseph Chabre
5105 North Oaks Blvd
North Brunswick, NJ 08902-2119

Josh A. Kesselman, Esq.
Liberman and Klestzick LLP
1915 Hollywood Blvd, Suite 200

Hollywood, FL 33020-4547

Julie A Harmann
26 Charles Ave
Manchester, NJ 08759-4905

Kelsey B Forsyth
716 GREEN GROVE RD
NEPTUNE, NJ 07753-2928

Kristian Bauman
8 Victor Ave
West Long Branch, NJ 07764-1511

Kube Pak Corp
194 Route 526
Allentown, NJ 08501-2018

Lisa Amorelli
165 Patterson Ave
Shrewsbury, NJ 07702-4141

Margo Mindnich
707 South Edgemere Drive
West Allenhurst, NJ 07711-1415

Melissa Johnson
618 Irving Place
Long Branch, NJ 07740-5821

Namiko Laura
139 Carroll Ave
Woodbridge, NJ 07095-3531

Natale Siclare
244 Clubhouse Drive
Middletown, NJ 07748-1325

Northfield Bank

1515 Irving Street
Rahway, NJ 07065-4007

Northfield Bank
c/o Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
Attn: David H. Stein, Esq.

Raechel Lebron
446 Joline Avenue
Long Branch, NJ 07740-6820

Richard Ortega
57 West Main
Freehold, NJ 07728

Richard Ortega
c/o Law Office of Edward Hanratty
57 W. Main
Freehold NJ 07728-2146

Sean McMahon
6 Armistead Key
Colts Neck, NJ 07722-1754

Staples Business Advantage
Thomas Rigglema
7 Technology Circle
Columbia SC 29203-9591

Stephen Bennett
441 Maple Dr
Belford, NJ 07718-1024

Stephen Lee
2 Murfield Dr
Lincroft, NJ 07738-1216

Wells Fargo Bank Small Business Lending Division
PO Box 29482 MAC S4101-08C

Phoenix, AZ 85038


Wells Fargo Bank Small Business Lending Division
PO Box 29482 MAC S4101-08C
Phoenix, AZ 85038


Wenning and Sons
PO Box 504
Long Branch, NJ 07740-0504


William Bauman
8 Victor Ave
West Long Branch NJ 07764


U.S. Trustee
US Dept of Justice
Office of the US Trustee One Newark Center Ste 2100
Newark, NJ 07102-5235