UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald F. Campbell, Jr. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com
Attorneys for Co-Proponent, 1663 Partners LLC

In Re:

Robert H. Sickles, *et al.*,

                Debtor(s)[1].

Case No**.: 24-14781-CMG**

**Jointly Administered**

Chapter: 11

Judge: Christine M. Gravelle, U.S.B.J.

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE:**

      On April 10, 2025, the United States Bankruptcy Court for the District of New Jersey entered an order in the above-captioned chapter 11 cases confirming the Debtors' Second Amended Joint Plan of Reorganization (the "Plan"). On May 30, 2025, the Effective Date (as defined in the Plan) occurred.

                              GIORDANO HALLERAN & CIESLA, P.C.
                              Attorneys for Co-Proponent, 1663 Partners LLC

                By:    */s/ Donald F. Campbell, Jr.*
                          Donald F. Campbell, Jr.

Dated: May 30, 2025

---

[1] Robert H. Sickles' case is jointly administered with the case of AHS Realty LLC (24-14779).